IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3129 |
| | ) | |
| V. | ) | |
| | ) | SUPPLEMENTAL |
| KENNETH W. MOTTIN, | ) | TENTATIVE FINDINGS |
| | ) | FOR KENNETH W. MOTTIN |
| Defendant. | ) | |
| | ) | |

For reasons that are unclear, I overlooked Mr. Mottin's motion for departure and variance and statement of position when I issued tentative findings. I now issue tentative findings regarding Mr. Mottin's motion and statement of position.

IT IS ORDERED that:

(1) The motion for departure and variance (filing 97) is tentatively denied.

(2) The objections to the presentence report (filing 98) will be taken up at sentencing.

DATED this 16th day of October, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge